[Crim. No. 5755. In Bank. Feb. 27, 1956.]

In re MABEL MALOTTE, on Habeas Corpus.

Leslie C. Gillen and John R. Golden for Petitioner.

Edmund G. Brown, Attorney General, Clarence A. Linn, Assistant Attorney General, Raymond M. Momboisse, Deputy Attorney General, Thomas C. Lynch, District Attorney (San Francisco), Norman Elkington, Chief Assistant District Attorney, and Walter H. Guibbini, Assistant District Attorney, for Respondent.

THE COURT.— This proceeding was instituted to secure petitioner's release on bail pending determination of her appeal in *People* v. *Malotte*, Crim. No. 5761. On January 27, 1956, we filed our decision affirming the judgment in *People* v. *Malotte, ante,* p. 59 [292 P.2d 517], which decision is now final. The order to show cause herein is therefore discharged, the petition for the writ is denied, and petitioner is remanded to custody forthwith.